IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* MICHELLE O'CONNOR, | CASE NO. 3:15-cv-551 |
| *Plaintiffs*, | **FILED UNDER SEAL PURSUANT TO TITLE 31 U.S.C. 3729 et seq.** |
| v. | |
| NATIONAL SPINE AND PAIN CENTERS, LLC, *et al.*, | **FILED EX PARTE** |
| *Defendants*. | |

F I L E D
APR 19 2019
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

## NOTICE OF "EFFECTIVE DATE" OF SETTLEMENT AGREEMENT AND OF LODGING PROPOSED ORDER

The United States, by counsel, hereby notifies the Court that the "Effective Date" of the Settlement Agreement in the above-captioned case is April 19, 2019, inasmuch as it is the date of signature of the last signatory to the Settlement Agreement. Full payment of the settlement amount is due no later than April 29, 2019, ten days after the "Effective Date." Upon payment of the settlement amount, the United States and Relator will file with the Court a Stipulation for Dismissal of the action, which will be "with prejudice" in part, and "without prejudice" in part, as stated in the Notice of Intervention for Purposes of Settlement filed on April 12, 2019.

Pursuant to the Notice of Intervention, the United States now asks the Court to unseal:

(1) the Relator's Complaint;

(2) the Notice of Intervention for Purposes of Settlement; and

(3) all subsequent filings following the Notice of Intervention (after April 12, 2019).

A proposed Order is lodged herewith.

Dated: April 19, 2019.

                Respectfully submitted,

                G. ZACHARY TERWILLIGER
                UNITED STATES ATTORNEY

By: _____
     Robert P. McIntosh
     Virginia Bar Number 66113
     Attorney for the United States of America
     United States Attorney's Office
     919 East Main Street, Suite 1900
     Richmond, Virginia 23219
     Telephone: (804) 819-7404
     Facsimile: (804) 771-2316
     Email: Robert.McIntosh@usdoj.gov
     *Attorneys for the United States of America*

## CERTIFICATE OF SERVICE

I hereby certify that on this ___19___ day of April, 2019, I caused a copy of the **NOTICE OF "EFFECTIVE DATE" OF SETTLEMENT AGREEMENT AND OF LODGING PROPOSED ORDER** to be served by first-class mail, postage prepaid, upon:

David E. Haynes
William Atkinson
THE COCHRAN FIRM
1100 New York Ave., NW, Suite 340 West
Washington, D.C. 20005

Jeanne A. Markey
Gary L. Azorsky
Casey M. Preston
COHEN MILSTEIN SELLERS & TOLL, PLLC
1717 Arch Street, Suite 3610
Philadelphia, PA 19103

/s/ Robert P. McIntosh
Robert P. McIntosh
Assistant United States Attorney

—3—