IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* MICHELLE O'CONNOR, <br><br> *Plaintiffs,* <br><br> v. <br><br> NATIONAL SPINE AND PAIN CENTERS, LLC, *et al.*, <br> *Defendants.* | CASE NO. 3:15-cv-551 <br><br> **FILED UNDER SEAL PURSUANT TO TITLE 31 U.S.C. 3729 et seq.** |

## ORDER

Upon consideration of the United States' Notice of Intervention for Purposes of Settlement, it is hereby:

ORDERED that the Relator's Complaint, the United States' Notice of Intervention for Purposes of Settlement, and this Order be unsealed; it is further

ORDERED that all filings after the United States' Notice of Intervention for Purposes of Settlement (April 12, 2019) be unsealed; it is further

ORDERED that all other filings in this matter remain under seal and not be made public.

**IT IS SO ORDERED.**

/s/
HENRY E. HUDSON
Senior United States District Judge

Richmond, Virginia
Dated: April 24, 2019